Submitted on record and briefs July 6, sentences vacated; remanded for resentencing; otherwise affirmed August 29, 2001

## STATE OF OREGON,
*Respondent,*

*v.*

## VINCENT ANTHONY MONACO,
*Appellant.*

99CR1534; A108488

30 P3d 1229

Jennelle Hall, Deputy Public Defender, filed the brief for appellant. With her on the brief was David E. Groom, Public Defender.

Kathleen Cegla, Assistant Attorney General, filed the brief for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his convictions for several drug-related offenses. He assigns error only to the trial court's imposition of 42 months' probation on count 4, to run consecutively to a prison and post-prison supervision term on a different count. The state concedes that that was error, and we agree. A consecutive probationary sentence is subsumed in a previous sentence that includes post-prison supervision. *State v. Dummitt*, 115 Or App 487, 839 P2d 246 (1992). We vacate the sentences and remand for resentencing. ORS 138.222(5); *State v. Hagan*, 140 Or App 454, 916 P2d 317 (1996).

Sentences vacated; remanded for resentencing; otherwise affirmed.